IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BENJAMIN KUNZE, ASHLEY AGURA, JACQUELINE BEELER, ALEXANDRA BEWLEY, VILASBEN BHUT, RYAN BIALASZEWSKI, NANCY CLOUD, RYAN ENGLISH, TASHA HUDSON, STEPHEN KRIVAN, TYLER LEMM, CINDY LIN, CHARITY MUGADZA, MICHELLE NICKELATTI, SANDEEP PALIKHEL, TAYLOR VAUGHN KARA WILHITE AND KATIE ZILIAK, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFFS <br><br> v. <br><br> BAYLOR SCOTT & WHITE HEALTH AND HEALTHTEXAS PROVIDER NETWORK, <br><br> DEFENDANTS | CIVIL ACTION NO. 3:20-CV-01276-N |

## NOTICE OF COMPLETION OF BRIEFING

Plaintiffs believe Defendants' Surreply (Dkt. 92) has not raised any new issues of fact or law that require additional briefing regarding Plaintiffs' Motion for Partial Summary Judgment (Dkt. 77), and hereby notify the Court that this matter has been fully briefed and is ready to be ruled upon.

Dated: December 23, 2022              Respectfully submitted,

/s/ **John R. Fabry**
JOHN R. FABRY
Texas State Bar No. 06768480

JFabry@carlsonattorneys.com

**THE CARLSON LAW FIRM, P.C.**
1717 N. Interstate 35, Suite 305
Round Rock, Texas 78664
Phone: 512.671.7277
Fax: 512.238.0275

/s/ **David L. Kern**
**DAVID L. KERN**
Texas State Bar No. 11334450
dkern@kernlawfirm.com

**KERN LAW FIRM, P.C.**
5823 North Mesa, Suite 541
El Paso, Texas 79912
Phone: 915.542.1900

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that, on December 22, 2022, he caused a true and correct copy of the foregoing to be served upon all parties by electronically filing the same with the CM/ECF system.

/s/ **John R. Fabry**
**JOHN R. FABRY**