IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BENJAMIN KUNZE, *et al.*,<br><br>　Plaintiffs,<br><br>v.<br><br>BAYLOR SCOTT & WHITE HEALTH, *et al.*,<br><br>　Defendants. | §<br>§<br>§<br>§<br>§<br>§  Civil Action No. 3:20-cv-01276-N<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER GRANTING JOINT MOTION TO DISMISS ONLY PLAINTIFFS NANCY CLOUD, HALEY GOODELL, MICHELLE JOHNS, AND JULIA PRZYBYSZEWSKI'S CLAIMS WITH PREJUDICE

Pending before the Court is the Parties' Joint Motion to Dismiss Only Plaintiffs Nancy Cloud, Haley Goodell, Michelle Johns, and Julia Przybyszewski's Claims with Prejudice. The Court finds there is good cause to grant the Motion. **IT IS THEREFORE ORDERED** that the joint motion is **GRANTED**, the claims of Plaintiffs Nancy Cloud, Haley Goodell, Michelle Johns, and Julia Przybyszewski are dismissed with prejudice, and each party to bear their own costs. The case continues as to the remaining Plaintiffs and Defendants.

Signed September 11, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　David C. Godbey
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge