IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BENJAMIN KUNZE, *et. al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:20-cv-01276-N |
| BAYLOR SCOTT & WHITE HEALTH, *et. al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

The Court has considered the Parties' Joint Motion for Approval of Settlement, all applicable laws and facts, and is of the opinion that the Motion should be GRANTED. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the FLSA settlement, including all terms set forth in the Settlement Agreement, is approved as a fair and reasonable settlement of the Plaintiffs' backpay claims.

**IT IS FURTHER ORDERED** that the Plaintiffs liability claims are dismissed with prejudice. The Court retains jurisdiction to enforce the Settlement Agreement including ruling on the Plaintiffs' claims for fees and costs.

**IT IS FURTHER ORDERED** that Plaintiffs' counsel must file their motion for an award of their reasonable attorneys' fees and recoverable costs on or before March 5, 2024, and Defendants must file their response in opposition to the amounts sought by Plaintiffs' counsel within thirty (30) days thereof.

Signed February 5, 2024.

_____
David C. Godbey
Chief United States District Judge