IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BENJAMIN KUNZE, ET AL, AND ALL OTHERS SIMILARLY SITUATED, § § § | |
| PLAINTIFFS § § | |
| v. § § | CIVIL ACTION NO. 3:20-CV-01276-N |
| BAYLOR SCOTT & WHITE HEALTH AND HEALTHTEXAS PROVIDER NETWORK, § § § § | |
| DEFENDANTS § § | |

**APPENDIX TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS**

Pursuant to Local Rule 7.1(i), Plaintiffs submit the following materials in support of Plaintiffs' Memorandum in Support of Their Motion for Award of Reasonable Attorneys' Fees and Costs.

| Appx. Nos. | Description |
|---|---|
| 001-015 | Declaration of David Kern |
| 016-017 | Ex. A To Kern Decl. |
| 018-106 | Ex. B To Kern Decl. |
| 107-114 | Ex. C To Kern Decl. |
| 115-125 | Declaration of John R. Fabry |
| 126-227 | Ex. A To Fabry Decl. |
| 228-233 | Ex. B To Fabry Decl. |
| 234-251 | Ex. C To Fabry Decl. |
| 252-301 | Ex. D To Fabry Decl. |

| | |
|---|---|
| 302-306 | Ex. E To Fabry Decl. |
| 307-315 | Ex. F To Fabry Decl. |
| 316-317 | Ex. G To Fabry Decl. |
| 318-592 | Declaration of David L. Wiley |
| 593-600 | Declaration of Robert E. McKnight, Jr. |
| 601-609 | Declaration of Joseph Gillespie |
| 610-625 | Expert Report of Sheila A. Enriquez |
| 626-633 | Supplemental Expert Report of Sheila A. Enriquez |
| 634-651 | Supplemental Expert Report of Roberto J. Cavazos |
| 652-664 | Expert Report of Roberto J. Cavazos |

Dated: March 5, 2024                    Respectfully submitted,

/s/ *David L Kern*
DAVID L. KERN
KERN LAW FIRM, PC
5823 North Mesa, Suite 541
El Paso, Texas 79912
Phone: 915.542.1900
dkern@kernlawfirm.com

/s/ *John R. Fabry*
JOHN R. FABRY
MORGAN R. FERRELL
THE CARLSON LAW FIRM
1717 N. Interstate 35, Suite 305
Round Rock, Texas 78664
Phone: 512.671.7277
Fax: 512.238.0275
JFabry@carlsonattorneys.com
MFerrell@carlsonattorneys.com

## **CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury that on March 5, 2024, a copy of the foregoing was filed electronically and served electronically to all parties by operation of the Court's electronic filing system.

                                                /s/John R. Fabry
                                                John Fabry