IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BENJAMIN KUNZE, *et al.*, §<br>§<br>   Plaintiffs, §<br>§<br>v. §<br>§<br>BAYLOR SCOTT & WHITE HEALTH, §<br>*et al.*, §<br>§<br>   Defendants. § | Civil Action No. 3:20-CV-01276-N |

## FINAL JUDGMENT

By separate Order of this same date, the Court granted Plaintiffs' motion for attorneys' fees and costs [143]. The Court previously approved Plaintiffs' and Defendants Baylor Scott & White Health ("BSWH") and HealthTexas Provider Network's ("HTPN") joint motion for approval of settlement [136]. It is, therefore, ordered that Plaintiffs have judgment against BSWH and HTPN for ▮▮▮▮▮▮▮▮▮▮, $919,000 in attorneys' fees, $16,519.82 in costs, and post-judgment interest at the rate of 4.86%, compounded annually from the date of this final judgment until paid. Court costs are taxed against Defendants. All relief not expressly granted is denied. This is a final judgment.

Signed October 29, 2024.

David C. Godbey
Chief United States District Judge

FINAL JUDGMENT – SOLO PAGE